FILED: December 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4440
(5:13-cr-00272-D-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DERICK MONTIQUE HARPER

      Defendant - Appellant

_____

O R D E R
_____

The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the opening brief and appendix absent a showing of extraordinary circumstances.

    Appendix due: 01/04/2016

    Opening brief due: 01/04/2016

    Response brief due: 01/29/2016

    Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk